UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IJOMA RAYMOND,

        Petitioner,

                                            Case No. 09-13648

v.

                                            Honorable Patrick J. Duggan

MILLICENT WARREN,

        Respondent.
_____/

## **JUDGMENT**

On September 15, 2009, Ijoma Raymond ("Petitioner") filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On this date, the Court entered an Opinion and Order holding that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DENIED WITH PREJUDICE**.

Dated: June 20, 2011                                s/PATRICK J. DUGGAN
                                                                               UNITED STATES DISTRICT JUDGE

Copies to:

Ijoma Raymond, #406446
Huron Valley Women's Correctional Facility
3201 Bemis Road
Ypsilanti, MI 48197-0911

Raina I. Korbakis, A.A.G.